IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELLEN M. (MINDY) SOLOTAR :
:
v. :
: CIVIL ACTION
: NO. 17-1919
NORTHLAND HEARING CENTERS, INC. :
 *t/a* ALL AMERICAN HEARING :

## ORDER

**AND NOW**, this 20th day of December, 2017, upon consideration of Plaintiff's Motion to Compel Defendant to Identify Its Trial and Declaration Witnesses and Bar Defendant From Relying Upon Any Document Produced After the Discovery Deadline (ECF No. 13), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is DENIED.

**IT IS SO ORDERED.**

BY THE COURT:

R. BARCLAY SURRICK, J.